ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 23-060 HSG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO EXCLUDE TIME FROM MARCH 22, 2023 TO APRIL 26, 2023 UNDER THE SPEEDY TRIAL ACT** |
| ANTOINE FORD, | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER
CR 23-060 HSG

1     The parties appeared for an initial status conference on March 22, 2023. As discussed on the record, the parties submit this stipulation and proposed order to exclude time under the Speedy Trial Act.

    The parties agree and jointly request that the time from March 22, 2023 to April 26, 2023 be excluded from the Speedy Trial Act. As noted on the record, the government produced discovery to defense counsel recently, and defense counsel noted that her review of the discovery is ongoing. In addition, defense counsel described for the Court the parties' recent discussions regarding resolution and related legal issues that defense counsel will need to research. Therefore, for defense counsel's effective preparation, the parties requested that the Court exclude time under the Speedy Trial Act until the next calling of the case, which the Court set as a further status conference on April 26, 2023.

    In light of the foregoing, the parties stipulate and agree that excluding time from March 22, 2023 to April 26, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice are served by excluding the time from March 22, 2023 to April 26, 2023, from computation under the Speedy Trial Act, and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

Dated: March 23, 2023                                       /s/
                                                                              ANGELA HANSEN
                                                                              Attorney for ANTOINE FORD

Dated: March 23, 2023                                       /s/
                                                                              JONATHAN U. LEE
                                                                              Assistant United States Attorney
                                                                              Attorney for the UNITED STATES OF AMERICA

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time between March 22, 2023 to April 26, 2023 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence as well as continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice are served by excluding the time between March 22, 2023 to April 26, 2023, from computation under the Speedy Trial Act and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 22, 2023 to April 26, 2023 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/24/2023

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

STIPULATION AND ORDER
CR 23-060 HSG                                             2